IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EUGENE SMITH,

     Appellant,

v.

REGINALD BRUSTER, ET AL.,

     Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3321

_____/

Opinion filed February 20, 2015.

An appeal from the Circuit Court for Escambia County.
T. Michael Jones, Judge.

Eugene Smith, pro se, Appellant.

Lisa Truckenbrod of Jolly & Peterson, P.A., Tallahassee, for Appellees.

PER CURIAM.

     AFFIRMED.

LEWIS, C.J., BENTON and THOMAS, JJ., CONCUR.